Matter of Melody M.
2026 NY Slip Op 04099
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF MELODY M. ------------------------------------------------ ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; MAYA M., RESPONDENT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
454 CAF 25-00915
Present: Curran, J.P., Bannister, Montour, Greenwood, And Hannah, JJ.

CAITLIN M. CONNELLY, BUFFALO, FOR RESPONDENT-APPELLANT.
ALICIA ARTIS, BUFFALO, FOR PETITIONER-RESPONDENT.
DAVID C. SCHOPP, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (RUSSELL E. FOX OF COUNSEL), ATTORNEY FOR THE CHILD.

Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered January 13, 2025, in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent with respect to the subject child.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed except insofar as respondent challenges the denial of her attorney's request for an adjournment and the order is affirmed without costs.
Same memorandum as in Matter of Meilani M. (Maya M.) ([appeal No. 1] — AD3d — [June 26, 2026] [4th Dept 2026]).
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court